Smith *v.* Mid-States Equipment Service, Inc.
et al., Appellants.

Argued March 23, 1962. Before Rhodes, P. J., Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ.

*Raymond J. Porreca,* for appellants.

*Robert C. Duffy,* for appellee.

OPINION PER CURIAM, June 13, 1962:
The order of the Court of Common Pleas No. 2 of Philadelphia County is affirmed on the opinion of Judge SPORKIN, for the court below, reported at 27 Pa. D. & C. 2d 143.